# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| MANORA GEETER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:25-cv-02514 -SHL-cgc |
| J.B. HUNT TRANSPORT INC., ABZ | ) | |
| GLOBAL CORP., and JOHN DOE, | ) | |
| Defendants. | ) | |

## ORDER GRANTING J.B. HUNT TRANSPORT INC.'S MOTION TO RESCHEDULE HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ABZ GLOBAL CORP.

Defendant J.B. Hunt Transport Inc. requests to reschedule the hearing on Plaintiff's motion for default judgment against Defendant ABZ Global Corp., which is currently set on August 22. (ECF No. 36.) Counsel for J.B. Hunt has a mediation previously scheduled for the same day in a case involving multiple plaintiffs, defendants, and attorneys. (Id. at PageID 144.) Even though the motion for default judgment is not directed at J.B. Hunt, it wishes to be present at the hearing to protect its interests. (Id. at PageID 143–44.) There is no opposition to J.B. Hunt's request. (Id. at PageID 144.) Thus, for good cause shown, its motion is **GRANTED**. The Court will reset the hearing pending its ruling on ABZ Global's motion to set aside the entry of default, which was filed today.[1]

**IT IS SO ORDERED,** this 19th day of August, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] ABZ Global indicated in its certificate of consultation that Plaintiff opposes its motion to set aside the entry of default. (ECF No. 34 at PageID 119.) Because ABZ Global filed its motion today, Plaintiff's response in opposition is due on September 2. See Local Rule 7.2(a)(2). However, if Plaintiff can file her response sooner, she is encouraged to do so.